AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Amy Hallquist | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 04-CV-827 |
| v. | |
| Chautauqua County et al., | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court grants defendants motion for summary judgment.

Date: 9/28/07                                               RODNEY C. EARLY, CLERK

                                                            By: S/ Jane D. Kellogg
                                                                 Deputy Clerk